# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CR219-1**　　　　　　　　　　　　　　　　　　　　　DATE **12/09/2019**
TITLE **USA v. Tyler Wallace**
TIMES **2:08 - 2:27**　　　　　　　　　　　　　　　　　　　　　TOTAL **19 Minutes**

Honorable: **Lisa Godbey Wood, U. S. District Court Judge**　　Courtroom Deputy: **Whitney Sharp**
Court Reporter: **Debra Gilbert**　　　　　　　　　　　　　　Interpreter:

| Attorney for Government | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Marclea Mateo | Wrix McIlvaine | |

PROCEEDINGS: **Sentencing**　　　　　　　　　　　　　　　　　　　　☑ In Court　☐ In Chambers

Objections - None ; The Court has read and reviewed the sentencing memo as filed by defense. The Court adopts the findings of fact and conclusions of applicable advisory guidelines and Therefore finds total Offense Level 9 / Criminal History I / Guideline 4-10 Months / 1 year supervised release / $2,000 - $20,000 fine / $100 special assessment / No fine / Restitution of $22,825.37 / No minimum - maximum 1 year / Defense Witness Ms. Wallace 2:10 - 2:13 / Defense 2:14 - 2:16 / Government 2:16 -2:20 / Defendant 2:20 - 2:21 Court - BOP 2 months / 1 year supervised release / standard, special and mandatory conditions of release / no fine / $25 special assessment / Restitution $22,825.37 j/s with Cribb, Anderson , Cross, Reardon, Clasby / payments of minimum $100 per month / interest waived / access to any requested financial information / no new lines of credit / pay as directed / subject to searches / FCI Houston to the extent space and security allow / Counts 1 and 2 dismissed / defendant to self surrender to the facility designated by the BOP 30 days from today by 2:00 pm.